UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 40 minutes |
| Date: | February 16, 2024 | | |
| Case No.: | **4:22-cr-00131-JST-1** | | |

**United States of America**    v.    **Dileep Kumar Reddy Kamujula**

☑ Defendant Present
☐ Not Present
☐ In Custody

Garth Hire
U.S. Attorney

Julia Jayne
Defense Counsel

U.S. Probation: Melissa Moy

Courtroom Deputy Clerk: Mauriona Lee            Reporter: Raynee Mercado

*PROCEEDINGS*

Sentencing – held.

*RESULT OF HEARING*

1. Sentencing held. The Defendant addressed the Court.
2. The Defendant is committed to the custody of the Bureau of Prisons for a term of 6 months; 3 years supervised release with the special conditions set forth in the judgment. The Defendant shall pay a special assessment in the amount of $100.00 due immediately. The Court finds the Defendant does not have the ability to pay and orders the fine waived.
3. The Court recommends to the Bureau of Prisons the Defendant be designated to FCI Lompoc or a facility as close as possible to the San Francisco Bay Area as possible to facilitate visitation with wife and children.
4. A self-surrender date of: April 15, 2024 by Noon was set by the Court. The Defendant shall surrender to his designated facility or to the United States Marshal by that date and time.
5. Government's motion to dismiss Count One is GRANTED.

1