JULIA JAYNE (State Bar No. 202753)
Email: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorney for Defendant
DILEEP KUMAR REDDY KAMUJULA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DILEEP KUMAR REDDY KAMUJULA, <br><br> Defendant. | CASE NO. CR 22-131 JST [DMR] <br><br> **STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL; [PROPOSED] ORDER** |

On March 28, 2022, the Court issued an order setting the conditions of Defendant Dileep Kamujula's pretrial release (ECF No. 5). The defendant's conditions of release limited defendant's travel to the Northern District of California and included a secured bond of $350,000. Mr. Kamujula has pled guilty and been sentenced and has a surrender date of April 15, 2024.

Mr. Kamujula wishes to travel to some national parks with his family from March 24-31, 2024. He plans to drive from Fremont to Yosemite, and then to Mammoth lakes, Death Valley, Las Vegas, and Sequoia National Park. He will travel by car. He thus seeks permission to travel to the Eastern District of California and the District of Nevada.

AUSA Garth Hire does not object to this proposed travel. The parties therefore stipulate that the defendant's conditions of release be modified as follows:

1. Defendant Dileep Kamujula shall be permitted to travel to the Eastern District of California and the District of Nevada from March 24-31, 2024.
2. All other conditions of release shall remain the same.

**SO STIPULATED**.

DATED: March 13, 2024

ISMAEL RAMSEY
United States Attorney

_____/s/_____
GARTH HIRE
Assistant United States Attorney

DATED: March 13, 2024

_____/s/_____
JULIA JAYNE
JAYNE LAW GROUP, P.C.
Counsel for Defendant

# [PROPOSED] ORDER

Pursuant to stipulation, it is SO ORDERED.

DATED: _____                        _____

HON. DONNA M. RYU
United States Chief Magistrate Judge