ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415.436.7200
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 22-0131 JST |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF PUBLICATION |
| DILEEP KUMAR REDDY KAMUJULA, | ) | |
| Defendant. | ) | |

    In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 26, 2024 and ending on March 26, 2024. (See, Attachment 1).

    I declare under penalty of perjury that the forgoing is true and correct.

    Executed on March 27, 2024 at San Francisco, California.

                                        _____/S/_____
                                        CAROLYN JUSAY
                                        FSA Paralegal/Asset Forfeiture Unit

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# COURT CASE NUMBER: CR 22-0131 JST; NOTICE OF FORFEITURE

Notice is hereby given that on February 22, 2024, in the case of <u>U.S. v. Dileep Kumar Reddy Kamujula</u>, Court Case Number CR 22-0131 JST, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

$130,369.28 in form of cash and securities located TD Ameritrade account ending in 8991 in the name of Dileep Kamujula (22-FBI-002617), including the following items: 1 U.S. Currency; 200 200 Shares of Alibaba Stock; 1 1 share of Block stock; 100 100 shares of Coinbase; 3000 3000 Context Logic Inc.; 123 Fixed Income Option; 90 ContextLogic,13 Ringcentral,20 Salesforce which was seized from Dileep Kamujula on March 15, 2022 at 200 108th Avenue, located in Omaha, NE

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 26, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 1301 Clay Street, Suite 400S, Oakland, CA 94612, and a copy served upon Assistant United States Attorney David Countryman, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA  94102.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the

forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The [https://www.forfeiture.gov/FilingPetition.htm](https://www.forfeiture.gov/FilingPetition.htm) website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney David Countryman, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 26, 2024 and March 26, 2024. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Dileep Kumar Reddy Kamujula

**Court Case No:**     CR 22-0131 JST
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/26/2024 | 23.9 | Verified |
| 2 | 02/27/2024 | 24.0 | Verified |
| 3 | 02/28/2024 | 23.9 | Verified |
| 4 | 02/29/2024 | 23.8 | Verified |
| 5 | 03/01/2024 | 23.9 | Verified |
| 6 | 03/02/2024 | 23.9 | Verified |
| 7 | 03/03/2024 | 23.9 | Verified |
| 8 | 03/04/2024 | 24.0 | Verified |
| 9 | 03/05/2024 | 24.0 | Verified |
| 10 | 03/06/2024 | 23.9 | Verified |
| 11 | 03/07/2024 | 23.9 | Verified |
| 12 | 03/08/2024 | 24.0 | Verified |
| 13 | 03/09/2024 | 23.9 | Verified |
| 14 | 03/10/2024 | 23.9 | Verified |
| 15 | 03/11/2024 | 23.9 | Verified |
| 16 | 03/12/2024 | 23.8 | Verified |
| 17 | 03/13/2024 | 23.9 | Verified |
| 18 | 03/14/2024 | 23.9 | Verified |
| 19 | 03/15/2024 | 23.9 | Verified |
| 20 | 03/16/2024 | 23.9 | Verified |
| 21 | 03/17/2024 | 23.9 | Verified |
| 22 | 03/18/2024 | 23.9 | Verified |
| 23 | 03/19/2024 | 23.9 | Verified |
| 24 | 03/20/2024 | 23.9 | Verified |
| 25 | 03/21/2024 | 23.9 | Verified |
| 26 | 03/22/2024 | 23.9 | Verified |
| 27 | 03/23/2024 | 23.9 | Verified |
| 28 | 03/24/2024 | 24.0 | Verified |
| 29 | 03/25/2024 | 23.9 | Verified |
| 30 | 03/26/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.