|||
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 22-0131 JST |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| DILEEP KUMAR REDDY KAMUJULA, | |
| Defendant. | |

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

On February 22, 2024, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Dileep Kumar Reddy Kamujula, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

- $130,369.28 in form of cash and securities from a brokerage account at TD Ameritrade in the name of Dileep Kumar Reddy Kamujula Rollover IRA associated with account number ending in 8991.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions claiming the property have been filed.

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 22-0131 JST                                                                 1

1     **THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be
2 forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28,
3 United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of
4 Criminal Procedure and Title 21, United States Code, Section 853, and that all rights, title, and interest
5 in the property is vested in the United States of America.  The appropriate federal agency shall dispose
6 of the forfeited property according to law.

8     IT IS SO ORDERED this __29__ day of May, 2024.

10     _____
11     HONORABLE JON S. TIGAR
    United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 22-0131 JST      2