| | |
|---|---|
| 1 | JULIA JAYNE (State Bar No. 202753) |
| | Email: *julia@jaynelawgroup.com* |
| 2 | JAYNE LAW GROUP, P.C. |
| | 803 Hearst Ave. |
| 3 | Berkeley, CA 94710 |
| | Telephone: (415) 623-3600 |
| 4 | Facsimile: (415) 623-3605 |
| 5 | Attorney for Defendant |
| | DILEEP KUMAR REDDY KAMUJULA |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DILEEP KUMAR REDDY KAMUJULA,<br><br>        Defendant. | CASE NO. CR 22-131 JST<br><br>**STIPULATION TO PERMIT TRAVEL AND MOVE TO INDIA AND TERMINATION OF SUPERVISED RELEASE; [PROPOSED] ORDER** |

   Mr. Kamujula has completed his prison term and was released from custody. He is presently living in Pleasanton, California and is on supervised release.

   His wife and two young children moved back to India, anticipating that he would face voluntary removal.

   Mr. Kamujula is only permitted to remain in the United States legally if an employer sponsors his H1B visa. Unfortunately, due to his felony conviction, he has been unable to find employment with an employer willing to sponsor the H1B visa. As such, he is unable to work, has no income, and is thus unable to sponsor his family to reside in the United States. He wishes to return to India where he can reunite with his wife and children and seek employment.

   To do so would require the termination of supervised release.

   His probation officer, Manuel Perez, does not oppose this request.

**STIP AND [PROPOSED] ORDER RE RAVEL AND SUPERVISED RELEASE, CASE NO. CR 22-131 JST**

Therefore, the probation department and Mr. Kamujula propose and stipulate to the following:

1. Defendant Dileep Kamujula shall be permitted to move back to his home country, India.
2. His supervised release will terminate upon his departure from the United States.

**SO STIPULATED**.

DATED: October 15, 2024

                                                        /s/
MANUEL PEREZ
United States Probation Officer

DATED: October 15, 2024

                                                       /s/
JULIA JAYNE
JAYNE LAW GROUP, P.C.
Counsel for Defendant

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

DATED: _____          _____
HON. JON S. TIGAR
United States District Court Judge

**STIP AND [PROPOSED] ORDER RE RAVEL AND SUPERVISED RELEASE, CASE NO. CR 22-131 JST**