ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7230
    Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-00131 JST |
| Plaintiff, | STATEMENT OF NON-OBJECTION TO TERMINATION OF SUPERVISED RELEASE |
| v. | |
| DILEEP KUMAR REDDY KAMUJULA, | |
| Defendant. | |

1     Defendant Kamujula and the United States Probation Office have submitted a stipulation and
2 proposed order to the Court seeking termination of defendant's supervised release term so that defendant
3 may leave the United States and return to India to be with his family.  The government has no objection
4 to termination of supervision to facilitate defendant's return to India.

6 DATED:  October 22, 2024                           Respectfully Submitted,

                                                       ISMAIL J. RAMSEY
                                                       United States Attorney

                                                       */s/ Garth Hire*

                                                       _____
                                                       GARTH HIRE
                                                       Assistant United States Attorney